John W. Houghtaling, II, LA State Bar No. 25099
john@gmhatlaw.com
Kevin R. Sloan, LA State Bar No. 34093
kevin@gmhatlaw.com
Jennifer Perez, LA State Bar No. 38370
jennifer@gmhatlaw.com
**GAUTHIER MURPHY & HOUGHTALING LLC**
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624

Larry C. Russ, State Bar No. 082760
lruss@raklaw.com
Nathan D. Meyer, State Bar No. 239850
nmeyer@raklaw.com
Justin E. Maio, State Bar No. 304428
jmaio@raklaw.com
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991

Attorneys for Plaintiffs
Simon Wiesenthal Center, Inc. and Moriah Films

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIMON WIESENTHAL CENTER, INC. and MORIAH FILMS,<br><br>Plaintiff,<br><br>vs.<br><br>CHUBB GROUP OF INSURANCE COMPANIES/FEDERAL INSURANCE COMPANY and DOES 1-20,<br><br>Defendant. | Case No. 2:20-cv-03890-ODW-JEM<br><br>[Assigned to The Honorable Otis D. Wright, II, Crtrm 5D, 5th Flr.]<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(i)**<br><br>Original Complaint Filed:<br>April 29, 2020 |

**PLAINTIFFS' NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiffs file this Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Chubb Group of Insurance Companies/Federal Insurance Company has not served an answer or a motion for summary judgment.

The Plaintiffs voluntarily dismiss the present action without prejudice to give Plaintiffs and Defendant the option and time to attempt an amicable resolution of the claim. This dismissal without prejudice is a consequence of a Defendant's adjuster contacting undersigned counsel for Plaintiffs after the filing this action to indicate that Defendant was requesting that the Plaintiffs provide additional information to justify the claim and that Defendant had yet to conclude its claim investigation. The Plaintiffs reserve all rights of action.

DATED: June 1, 2020

**RUSS, AUGUST & KABAT**
Larry C. Russ
Nathan D. Meyer
Justin E. Maio

By: /s/ *Larry C. Russ*
Larry C. Russ
Attorneys for Plaintiffs
*Simon Wiesenthal Center, Inc.
and Moriah Films*

1

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(i)**

## **CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on June 1, 2020, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First-Class Mail on this date.

/s/     *Larry C. Russ*

2

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(i)**