UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| No. | 2:20-cv-03890-ODW (JEMx) | Date | June 1, 2020 |
|---|---|---|---|
| Title | Simon Wiesenthal Center, Inc. et al. v. Chubb Group of Insurance Companies/ Federal Insurance Company | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**         **In Chambers**

Pursuant to Plaintiffs' Notice of Voluntary Dismissal (ECF No. 32) and Federal Rule of Civil Procedure 41(a)(1)(A)(i):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar, including Defendant's Motion to Dismiss (ECF No. 29).

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                            _____ : 00
                                        Initials of Preparer    SE